IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                              PLAINTIFF/RESPONDENT

  v.                              Civil No. 04-5160
                                  Criminal No. 01-50037-001

RAYMOND RUFINO MONTEZ                                        DEFENDANT/MOVANT

**O R D E R**

Comes on for consideration by the court the Motion Requesting Release of Presentence Investigation Report to Attorney on Appeal [document no. 59], such motion requesting release of the presentence investigation report and all addendums pertaining to the defendant/movant. The court, upon consideration, finds that the motion should be and is hereby GRANTED. The undersigned directs that the presentence investigation report and all addendums be released to John B. Schisler, attorney for defendant/movant.

SO ORDERED THIS 26TH DAY OF OCTOBER 2005.

                                                /s/ Beverly Stites Jones
                                                HONORABLE BEVERLY STITES JONES
                                                UNITED STATES MAGISTRATE JUDGE