IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                    PLAINTIFF / RESPONDENT

v.                          Civil No. 04-5160
                            Criminal No.  01-50037-001

RAYMOND RUFINO MONTEZ                        DEFENDANT / MOVANT

O R D E R

Now on this 24th day of May, 2006, comes on for consideration the **Magistrate Judge's Report and Recommendation** (document #71) herein and the **Petitioner's Objections to the Magistrate Judge's Report and Recommendation** (document #74).  The Court, being well and sufficiently advised, finds that the petitioner's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** is **adopted *in toto***.  Accordingly, the Court hereby adopts the Report and Recommendations and the instant petition is **denied and dismissed.**

**IT IS SO ORDERED.**

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE